758 A.2d 152

IN THE MATTER OF ROBERT B. FEUCHTBAUM,
AN ATTORNEY AT LAW.

September 8, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **ROBERT B. FEUCHTBAUM** of **NORTH HALEDON**, who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.15(b) (failure to safeguard property of a third party), *RPC* 1.16(d) (failure to return client's file on termination of representation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ROBERT B. FEUCHTBAUM** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.